# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD TURACY,** | : | CIVIL DIVISION |
| *Plaintiff,* | : | |
| v. | : | Case No.: 2:22-cv-00183 |
| **DB PIPE, LLC d/b/a DURA BOND PIPE I,** | : | |
| *Defendant.* | : | |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiff, Donald Turacy, and Defendant, DB Pipe, LLC d/b/a Dura Bond Pipe I, both parties and counsel consent to dismissal of the above matter. Both parties consent to being responsible for their own tax consequences and bear their own fees and costs. Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii).

| | |
|---|---|
| **J.P. WARD & ASSOCIATES LLC:** | **JACKSON LEWIS P.C.:** |
| */s/ Joshua P. Ward* | */s/ Marla N. Presley* |
| Joshua P. Ward, Esquire | Marla N. Presley, Esquire |
| PA ID # 329207 | PA ID # 315545 |
| Counsel for Plaintiff | Counsel for Defendant |